IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:11-cr-00099 |
| v. | ) | Judge Nixon |
| TERRY LEE NEWSON | ) | |

## ORDER

Pending before the Court is the Government's Motion to Continue Revocation Hearing ("Motion"). (Doc. No. 50.) The Government requests that Defendant Terry Lee Newson's revocation hearing be continued to a date after his trial in case number 3:13-cr-0207, which has been continued until May 6, 2014, and involves pending charges that are the basis for the revocation. (*Id.*) Accordingly, the Motion is **GRANTED**; Mr. Newson's revocation hearing is **CONTINUED** to **June 12, 2014**, at **10:00 a.m.**

It is so ORDERED.

Entered this the ____ day of February 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT